IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| LORENZO ANTONIO JARAMILLO-JARAMILLO,<br><br>*Petitioner,*<br><br>VS.<br><br>ALEXANDER SANCHEZ, in his official capacity as Warden of the IAH Secure Adult Detention Facility; BRETT BRADFORD, in his official capacity as Field Office Director of ICE Enforcement and Removal Operations Houston Field Office; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; and PAMELA J. BONDI, in her official capacity as Attorney General of the United States,<br><br>*Respondents*. | § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 9:25-CV-00322<br>JUDGE MICHAEL J. TRUNCALE |

**ORDER GRANTING UNOPPOSED**
**MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The Court has received Petitioner Lorenzo Antonio Jaramillo-Jaramillo's Unopposed Motion for Voluntary Dismissal Without Prejudice filed in the above-styled matter. [Dkt. 7]. Petitioner advises the Court that on December 8, 2025, the Conroe Immigration Court granted Petitioner post-conclusion voluntary departure with a departure date of December 29, 2025. Petitioner departed the United States shortly thereafter. Accordingly, Petitioner files the present motion seeking dismissal of this matter, without prejudice, as he no longer seeks the relief requested in his Petition.

It is therefore **ORDERED** that Petitioner Lorenzo Antonio Jaramillo-Jaramillo's Unopposed Motion for Voluntary Dismissal Without Prejudice [Dkt. 7] is hereby **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that the Parties shall bear their own attorney's fees and costs, that all Court dates and deadlines are hereby **VACATED**, and that all other pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 28th day of September, 2026.**

Michael J. Truncale
United States District Judge